IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00093-AP

KAREN WHITFORD,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    PAUL RADOSEVICH
    1621 York Street
    Denver, CO 80206
    (303) 377-1300
    presq@worldnet.att.net

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**  01/16/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  11/17/07

    C.    **Date Answer and Administrative Record Were Filed:**  04/04/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**  05/16/07

    B.    **Defendant's Response Brief Due:**  06//19/07

    C.    **Plaintiff's Reply Brief (If Any) Due:**  07/03/07

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument not requested.

    **B.**    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>17th</u> day of <u>April</u>, 2007.

                                BY THE COURT:

                                <u>S/John L. Kane</u>
                                U.S. DISTRICT COURT JUDGE

APPROVED:

                    UNITED STATES ATTORNEY

s/ Paul Radosevich  
By: PAUL RADOSEVICH  
1621 York Street  
Denver, CO 80206  
Telephone: (303) 377-1300  
presq@worldnet.att.net  

Attorney for Plaintiff

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov  

Attorneys for Defendant